No. 16,075.

BROWN *v.* GRACE BAPTIST CHURCH OF SOUTH CANON ET AL.
(195 P. [2d] 981)

Decided July 19, 1948.

PER CURIAM.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Hilliard, Mr. Justice Jackson and Mr. Justice Hays, participating.

Mr. J. HARRISON HAWTHORNE, for plaintiff in error.

Mr. FRANK G. STINEMEYER, for defendants in error.